UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MAUREEN P. STEADY, ESQUIRE MS-6186
38 N. Haddon Avenue
Haddonfield, New Jersey 08033
(856) 428-1060
(609) 482-8011e-Fax
Attorney For Debtor

In Re:

Eric J. Myers,

       Debtor.

Case No.: 15-17025

Adv. No.: n/a

Chapter: 13

Hearing Date: 10/21/15 @ 9:00 a.m.

Judge: Hon, JNP, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Maureen P. Steady, Esquire,

   ☒ am the attorney for: Debtor, Eric J. Myers

   ☐ am self-represented

   Phone number: (856) 428-1060

   Email address: maureen.steady@gmail.com

2. I request an adjournment of the following hearing:

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

3. I request an adjournment of confirmation:

   Current confirmation date and time: _10/21/15 @ 9:00 a.m._

   New date requested: _11/25/15 @ 9:00 a.m._

   Reason for adjournment request: _Deposition scheduled for 11/11/15 with objecting creditor First Bank; continued settlement discussions with First Bank._

   Confirmation has been adjourned __3__ previous times

   Trustee payments are current through _October, 2015_

   The meeting of creditors under § 341(a) of the Code  ☒ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _David Fornal, Esquire, counsel to First Bank_

I certify under penalty of perjury that the foregoing is true.

Date: _10/13/15_                                    _/s/ Maureen P. Steady_
                                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☑ Granted          New hearing date: _12/2/2015 9:00 AM_          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2