Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 15-17025 (JNP)**

Eric J. Myers  
2507 Lexington Mews  
Swedesboro, NJ  08085

Monthly Payment: $500.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2019 | $500.00 | 02/04/2019 | $500.00 | 03/06/2019 | $500.00 | 04/01/2019 | $500.00 |
| 05/07/2019 | $500.00 | 06/10/2019 | $500.00 | 07/02/2019 | $500.00 | 08/09/2019 | $500.00 |
| 08/28/2019 | $500.00 | 10/02/2019 | $500.00 | 11/12/2019 | $500.00 | 12/05/2019 | $500.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ERIC J. MYERS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MAUREEN P. STEADY, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | DEEPWATER INDUSTRIES F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ECAST SETTLEMENT CORPORATION | 33 | $4,862.15 | $626.00 | $4,236.15 | $134.86 |
| 4 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COMENITY CAPITAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEEPWATER INDUSTRIES F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DAN WRUSTLER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Dsnb Macys | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FIRST BANK | 33 | $189,125.22 | $24,349.40 | $164,775.82 | $5,245.13 |
| 10 | GECRB/BANANA REPUBLIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | HARVEST COMMUNITY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | HARVEST COMMUNITY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LISA CARFIELLO & WILLIAM BRANCH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | M.E.M. FAMILY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MADELINE DIAZ & DANTE MOORE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | POWERS KIRN, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | RIVERFRONT LIMOSINE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | MAUREEN P. STEADY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DEEPWATER INDUSTRIES F.C.U. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ADVANTAGE FUNDING CORP. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ALLY FINANCIAL | 24 | $260.26 | $260.26 | $0.00 | $0.00 |
| 26 | SANTANDER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | DEEPWATER INDUSTRIES F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | ALLY FINANCIAL | 33 | $4,760.19 | $612.85 | $4,147.34 | $132.01 |
| 29 | MICHELLE COBB | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ECMC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2015 | 60.00 | $500.00 |
| 05/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,000.00 |
| Total paid to creditors this period: | $5,512.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $500.00 |
| Attorney: | MAUREEN P. STEADY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**